UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AJAMU OLUTOSIN,

                      Plaintiff,                    14 **CIVIL** 685 (NSR)

     -against-                                 **JUDGMENT**

C.O. GUNSETT, et al.,

                      Defendants.
-----------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Nelson Stephen Román, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
              November 22, 2019

                                                                RUBY J. KRAJICK

So Ordered:                                        Clerk of Court

                                            BY:

_____
U.S.D.J.                                              **Deputy Clerk**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2019