USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AJAMU OLUTOSIN,

                Plaintiff,

-against-

WILLIAM LEE, et al.,

                Defendants.
-----------------------------------------------------------X

14 CIVIL 685 (NSR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 31, 2020, Defendant is entitled to the taxation of cost against Plaintiff totaling $1,804.50.

**Dated:** New York, New York
        January 31, 2020

                                                  RUBY J. KRAJICK

                                                  Clerk of Court

                          BY:

                                                  Deputy Clerk